

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Nicole C. Carter )
  )
_____ )
  )
Plaintiff(s),  )   Case Number: _____
  )
v. CC Industries, Inc., )
  William Crown (Co- President & COO), )   1:21-cv-03802
_____ )   Judge Martha M. Pacold
  Ryan Stewart(VP of Human Resources), and )   Magistrate Judge Heather K. McShain
  Arthur Fabbro (Director of Benefits) )   RANDOM
_____ )
  )
Defendant(s).  )

**FILED**
JUL 16 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Nicole C. Carter_____ of the county of __Cook_____ in the state of __Illinois_____ .

3. The defendant is __CC Industries, Inc., William Crown,(Co-President & COO) Ryan Stewart (VP of Human Resources), and Arthur Fabbro(Direcor of Benefits)_____, whose street address is __222 N. LaSalle Street. Suite 1000_____,
(city)__Chicago_____(county)__Cook____(state)__IL____(ZIP)__60601____
(Defendant's telephone number) ( _312_ ) – __855 - 4000_____

4. The plaintiff sought employment or was employed by the defendant at (street address)

   __222 N. LaSalle Street. Suite 1000_____ (city)__Chicago_____
   (county)__Cook_____(state)__IL_____(ZIP code)__60601_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __November__, (day) __6__, (year) __2020__.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has*  ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about

   (month) __March__ (day) __24__ (year) __2021__.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_April_____ (day)_16_____ (year)_2021_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): <u>failed to receive annual performance evaluations and given lowest merit percent</u>age

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

than non -black employees with in the Human Resource Department

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I began employment with CC Industries, Inc. on November 14, 2016 as a Payroll Analyst by August, 15, 2017

I took on the position of Benefits Analyst, and was told this will not be a promotion it will be a lateral move.

Because this was a lateral move I was offered to participate in the tuition eduction program to help develope my career

within CC Industries, Inc.     "see additional page"

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☒ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Nicole C. Carter_
(Plaintiff's signature)

_Nicole C. Carter_
(Plaintiff's name)

_811 N. 9th Ave_
(Plaintiff's street address)

(City) _MAYWOOD_ (State) _IL_ (ZIP) _60153_

(Plaintiff's telephone number) (_773_) – _459-7236_

Date: _7/16/2021_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

To: **Nicole Carter**
**811 North 9th Ave**
**Maywood, IL 60153**

From: **Chicago District Office**
**230 S. Dearborn**
**Suite 1866**
**Chicago, IL 60604**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2021-01589 | **Daniel Gajda, Investigator** | (312) 872-9668 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/msd*     4/8/2021

**Julianne Bowman,**
**District Director**

*(Date Issued)*

Enclosures(s)

cc:
**CC INDUSTRIES, INC.**
**Chief Executive Officer**
**222 North Lasalle Street, Ste. 1000**
**Chicago, IL 60601**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2021-01589 |
|---|---|---|

ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>MRS. NICOLE CARTER | Home Phone<br>(773) 459-7236 | Year of Birth<br>1980 |
|---|---|---|

Street Address: 811 N 9TH AVE, MAYWOOD, IL 60153

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>CC INDUSTRIES, INC. | No. Employees, Members<br>101 - 200 | Phone No.<br>(312) 855-4000 |
|---|---|---|

Street Address: 222 N LA SALLE ST, STE 1000, CHICAGO, IL 60601

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-14-2020   Latest: 12-14-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent in or around November 2016. My most recent position was Benefits Analyst. During my employment, I was not given annual performance evaluations, never considered for internal promotions after constant communication about career development. I received a lower percentage merit increase than non-Black, male employees. On or about December 14, 2020, I constructively resigned.

I believe that I have been discriminated against because of my race, Black, and sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Nicole Carter on 03-24-2021 10:11 AM EDT**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

("Item 13 continued")

Since my employment began, I have obtained two degrees, an Associate Human Resource Management (2018) and a Bachelors in Business Management (2019). In the 4 years of my employment, I have averaged a merit increase of less than 3%, and received one performance evaluation from the former Director of Benefits Judith Ekola who retired May 31, 2019. As of April 15, 2019 I began reporting to the new Director of Benefits Arthur Fabrro. Arthur Fabbro and I met one on one to discuss my role within the department and during that conversation I informed him that I am would like to be developed so that I can advance to the next level with in my current role. After explaining my work and educational experience, Arthur agreed that he can provide me with resources to expand and develop my role. By October/November 2019 I had to submit a self-performance evaluation that in return our direct manager is supposed to provide direct feedback. I never received a response. By January 2,2020. Jane Cassman (Sr. Benefits Analyst) announced her retirement. After Jane's announcement in our Bi-weekly benefits meeting Arthur stated that Jane would begin to train me on some of her responsibilities in preparation of her retirement. My workload definitely increased with taking on some of Jane's responsibilities. On July 10, 2020 Talia Mikhelson Benefits Analyst resigned. Arthur Fabbro had Christopher Lawrence train me on Talia Mikhelson's former duties. I have documentation to prove all additional responsibilities that were assigned to me from both Talia and Jane. I immediately began requesting meeting with Arthur to discuss my current role and title change at this point. Arthur continued to say he is going to setup a meeting with myself Christopher Lawrence and himself but it never happened. On September 1, 2020 I received an email requesting that I participate in the interview process for the Sr. Benefits Analyst. Oddly enough the 2 candidates we two white males one being Eric Eshoo who was our recent intern for the summer of 2020. I was told not to focus on benefits experience because this role is not for a career in benefits it's more of an analytical role. I immediately asked why would you call it a Sr. Benefits Analyst if you don't need benefits experience. I then emailed Arthur Fabrro on November 6, 2020 asking why didn't he inform the team the he was going to hire for a Sr. Benefits Analyst before seeking outside talent and what can I do to advance to an Advance Benefits Analyst. Arthur replied via email "Ryan Stewart and I decided to hire for a more senior level analytical roles we created this new role. for the role as for your role Christopher and I are still figuring that out." I feel as though I was discriminated against due to my race and gender as I was not treated the same as non-black males within the HR department for example Matthew Bellinder (white educated male) began as an HRIS Analyst in 2016 in 2018 he was promoted to Advance HRIS Analyst with a 11.67% increase as of December 14, 2020 he has received an additional 7.83% in merit increases. Another employee Michael Rumps began employment as Analytics Analyst in 2015 making 60-65K, also was promoted in 2018 to and Advanced Analytics Analyst, as of December 14, 2020 Michael Rumps is now a Manager of Analytics earning a salary of $97K. Both employees are white males working under the same Human Resource Department managed by Ryan Stewart who has to approve all increases and promotions. Bothe promotions received by Michael Rumps and Matthew Bellendir were never open positions they were newly created roles. I also have a currently employee who is willing to provide documentation that they have also experience the same treat of not being considered for promotion and receiving less than 3% increases prior to December 14, 2020