IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-03802 |
| | ) | |
| CC INDUSTRIES, INC., RYAN STEWART, | ) | Judge Martha M. Pacold |
| ARTHUR FABRRO AND WILLIAM | ) | |
| CROWN, | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO QUASH SUMMONS AND SERVICE OF PROCESS**

WILLIAM CROWN, RYAN STEWART and ARTHUR FABBRO, the individual defendants in the above-referenced matter (collectively "Defendants"), by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 12(b)(5), file this MOTION TO QUASH SUMMONS AND SERVICE OF PROCESS. In support of this Motion, Defendants state as follows:

1. The Defendants are employees of Henry Crown and Company S LLC (which has an assumed name of CC Industries and incorrectly named as CC Industries, Inc.), located at 222 N. La Salle St., Chicago, Illinois 60601. (*See* Affidavits of Ryan Stewart and Arthur Fabbro ¶ 1 and Affidavit of Katherine Spanos ¶¶ 1-2, attached as Exhibit A.)

2. On August 20, 2021, three Proofs of Service were filed in this matter claiming to have effectuated "personal service" on each of the Defendants. The Proofs of Service were signed by Ms. Sherita Rowell. On two of the Proofs of Service (for Messrs. Crown and Stewart), Ms. Rowell, perhaps not understanding its meaning, checked the box indicating that she had "personally served" the individuals at 222 N. LaSalle Street, Chicago, IL 60601 on August 6, 2021. On the third Proof of Service (Mr. Fabbro), Ms. Rowell did not check any box regarding

service but wrote the (same) address information on the lines following the box for personal service. (*See* Exhibit B.)

3. None of the Defendants were at the 222 N. LaSalle Street, Chicago, IL address on August 6, 2021. As such, none of the Defendants were or have been personally served with the Summons and Complaint by Ms. Rowell (or otherwise). (*See* Stewart and Fabbro Affidavits ¶¶ 2-3 and Spanos Affidavit ¶¶ 3-5, Exhibit A.)

4. Instead, upon information and belief, Ms. Rowell left the Summons and Complaint for the Defendants either at the Company's front desk or at the desk in the lobby of the 222 N. LaSalle Street, Chicago, IL building and then (mistakenly) checked the box on (two of the three) Proof of Service forms indicating she had effected personal service on the Defendants.

5. It is not sufficient service to leave the summons at the individual's place of work. Rule 4(e) provides that service may be made upon an individual by following state law for serving a summons. FED.R.CIV.P. 4(e). Pursuant to 735 ILCS 5/2-203, an individual may be served by (1) leaving a copy of the summons with the defendant personally, or (2) leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the contents of the summons, provided the officer or other person making service shall also send a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the defendant at his or her usual place of abode.

6. Plaintiff has failed to serve the Defendants in accordance with Illinois law. That being the case, this Court should quash service. "Leaving a copy with an employee at an individual's place of work does not effect service under either federal law, *see* Fed.R.Civ.P. 4(e)(2), or Illinois law, *see* 735 ILCS 5/2–203(1)." *Hoffer v. Bennett*, No. 08-1275, 2010 WL

1790374, at *1 (C.D. Ill. Apr. 13, 2010), *report and recommendation adopted sub nom. Hoffer v. Lyons*, No. 08-1275, 2010 WL 1790373 (C.D. Ill. Apr. 29, 2010). *Accord Stanek v. Saint Charles Cmty. Unit Sch. Dist. #303*, No. 13-CV-3106, 2017 WL 782993, at *2 (N.D. Ill. Feb. 28, 2017) (finding lack of service where "Plaintiffs attempted to serve Stetson and Pine through certified mail at their place of employment. Stetson and Pine were not served personally, a copy of the summons and complaint was not left at their places of residence, and they did not authorize anyone at their workplace to accept the complaint or summons on their behalf.").

7. Only proper service vests a district court with personal jurisdiction over a defendant. *Cardenas v. City of Chicago*, 646 F.3d 1001, 1005 (7th Cir. 2011).

8. Because the Defendants were not properly served with the Summons and Complaint, there is no personal jurisdiction over them in this proceeding.

WHEREFORE, Defendants respectfully request the Court for entry of an Order quashing the summons and service of process, and for such other and further relief that this Court deems just.

| | |
|---|---|
| Dated: August 27, 2021 | Respectfully submitted,<br><br>WILLIAM CROWN, RYAN STEWART, AND ARTHUR FABBRO<br><br><br>By: /s/ Mark D. Brookstein |

GOULD & RATNER LLP
David N. Michael (Attorney # 6216553)
Mark D. Brookstein (Attorney # 6274623)
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 236-3003
dmichael@gouldratner.com
mbrookstein@gouldratner.com

## **CERTIFICATE OF SERVICE**

    I, Mark D. Brookstein, an attorney, hereby certify that a copy of the foregoing MOTION TO QUASH SUMMONS AND SERVICE OF PROCESS was served upon the person below by filing same via CM/ECF, which will deliver notice to all parties of record, via email address below and by first class mail to the mailing address below on August 27, 2021.

    Nicole C. Carter
    811 N 9th Ave
    Maywood, IL 60453
    ncarter80@icloud.com

                                                    /s/ Mark D. Brookstein

4825-5425-7912, v. 2

# EXHIBIT A

## AFFIDAVIT OF ARTHUR FABBRO

I, Arthur Fabbro, do swear or affirm that the following matters are known to me personally. If called to testify, I could competently state as follows:

1. I work for Henry Crown and Company S LLC which has an assumed name of CC Industries (the "Company"). The Company is located at 222 N. LaSalle Street, Suite 1000, Chicago, IL 60601.

2. I was not present at the Company on Friday, August 6, 2021.

3. I have never been personally handed a copy of the Summons and Complaint in the matter styled as *Carter v. CC Industries, Inc. et al* by Sherita Rowell.

Further sayeth affiant naught.

I, Arthur Fabbro, declare under penalty of perjury under the laws of the United States of America pursuant to Section 1746 of the U.S. Code (28 U.S.C. § 1746) that the above-made statements are true and correct.

Signed *Arthur Fabbro*

Dated: 8/27/2021 | 9:27 AM PDT

# AFFIDAVIT OF KATHERINE SPANOS

I, Katherine Spanos, do swear or affirm that the following matters are known to me personally. If called to testify, I could competently state as follows:

1. I work for Henry Crown and Company S LLC which has an assumed name of CC Industries (the "Company"). The Company is located at 222 N. LaSalle Street, Suite 1000, Chicago, IL 60601.

2. I am Mr. William Crown's personal assistant and am in charge of maintaining his daily calendar.

3. Mr. Crown was not present at the Company's 222 N. LaSalle Street, Chicago, IL 60601 location on Friday, August 6, 2021.

4. During the course of the current pandemic, any mail or deliveries for Mr. Crown are sent to the Company's mail room and then are delivered to my personal residence via overnight delivery.

5. On August 12, 2021, I received an original Summons and Complaint in the matter styled as *Carter v. CC Industries, Inc. et al* and an envelope with Mr. Crown's name on it via overnight carrier at my personal residence.

Further sayeth affiant naught.

I, Katherine Spanos, declare under penalty of perjury under the laws of the United States of America pursuant to Section 1746 of the U.S. Code (28 U.S.C. § 1746) that the above-made statements are true and correct.

Signed: *Katherine Spanos*

Dated: 8/27/2021 | 9:27 AM PDT

## AFFIDAVIT OF RYAN STEWART

I, Ryan Stewart, do swear or affirm that the following matters are known to me personally. If called to testify, I could competently state as follows:

1. I work for Henry Crown and Company S LLC which has an assumed name of CC Industries (the "Company"). The Company is located at 222 N. LaSalle Street, Suite 1000, Chicago, IL 60601.

2. I was not present at the Company on Friday, August 6, 2021.

3. I have never been personally handed a copy of the Summons and Complaint in the matter styled as *Carter v. CC Industries, Inc. et al* by Sherita Rowell.

Further sayeth affiant naught.

I, Ryan Stewart, declare under penalty of perjury under the laws of the United States of America pursuant to Section 1746 of the U.S. Code (28 U.S.C. § 1746) that the above-made statements are true and correct.

Signed: *Ryan Stewart*

Dated: 8/27/2021 | 9:29 AM PDT

4837-1556-7608, v. 1

# EXHIBIT B

FILED 8/20/2021 JMK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __William Crown__
was received by me on *(date)* __8/6/2021__.

☒ I personally served the summons on the individual at *(place)* __222 N. LaSalle St Chicago, IL 60601__ on *(date)* __8/6/2021__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __5.00__ for travel and $ __5.00__ for services, for a total of $ __10.00__.

I declare under penalty of perjury that this information is true.

Date: __8/6/2021__

_____
Server's signature

__Sherita Rowell__
Printed name and title

__102 S. California Chicago, IL 60612__
Server's address

Additional information regarding attempted service, etc:

Case: 1:21-cv-03882 Document #: 16 Filed: 08/20/21 Page 11 of 13 PageID #:150

FILED
8/20/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JMK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CC Industries, Inc.**
was received by me on *(date)* **8/6/2021**.

☒ I personally served the summons on the individual at *(place)* **222 N. LaSalle St Chicago, IL 60601** on *(date)* **8/6/2021**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **5.00** for travel and $ **5.00** for services, for a total of $ **10.00**.

I declare under penalty of perjury that this information is true.

Date: **8/6/2021**

*Server's signature*

**Sherita Rowell**
*Printed name and title*

**102 S. California, Chicago, IL 60612**
*Server's address*

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ryan Stewart__
was received by me on *(date)* __8/6/2021__.

☒ I personally served the summons on the individual at *(place)* __222 N. LaSalle St__
__Chicago, IL 60601__ on *(date)* __8/6/2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __5.00__ for travel and $ __5.00__ for services, for a total of $ __10.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/6/2021__

__[signature]__
Server's signature

__Sherita Rowell__
Printed name and title

__102 S. California, Chicago, IL 60612__
Server's address

Additional information regarding attempted service, etc:

FILED
8/20/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JMK

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



This summons for *(name of individual and title, if any)* __Arthur Fabbro__
was received by me on *(date)* __8/6/2021__.

☐ I personally served the summons on the individual at *(place)* __222 N. LaSalle St Chicago, IL 60601__ on *(date)* __8/6/2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __5.00__ for travel and $ __5.00__ for services, for a total of $ __10.00__.

I declare under penalty of perjury that this information is true.

Date: __8/6/2021__

_____
Server's signature

__Sherita Rowell__
Printed name and title

__108 S. California, Chgo, IL 60612__
Server's address

Additional information regarding attempted service, etc: